UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

E-filing

CV 08 2133 MMC

| | |
|---|---|
| Ying Xu and A 078 366 859 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| Paul D. Clement, Acting Attorney General of ) the U.S., U.S. Department of Justice; ) MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; ) EMILIO GONZALEZ, Director, ) U.S. Citizenship and Immigration Service; ) Christina Poulos, Director, USCIS California ) Services ) | |
| Defendants. ) ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

BY FAX

**To the Honorable Judges of Said Court:**

Plaintiff, Ying Xu, through undersigned counsel, allege as follows:

### INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. §701.

2. This action is brought to compel Defendants and those acting under them to take action on the Applications to Adjust Status, Form I-485, in order for Plaintiffs, to become Permanent Residents the United States.

3. Plaintiffs are eligible to have their Applications adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services, are charged by law with the statutory obligation to adjudicate these Applications to Adjust Status, Form I-485.

5. Venue is proper under 28 USC §1391(e) because the Plaintiffs reside in this district and no real property is involved in this action.

## FACTS

6. Plaintiff is a citizen of China. Ying Xu is the beneficiary of a Petition for Relative, Fiancé, or Orphan. In August, 2006, Xu submitted Form I-130 and Forms I-485, Application to Register Permanent Residence or Adjust Status, concurrently. *See* Exhibit 1 (copies of receipt notices from the USCIS).

7. On August 29, 2006, Plaintiffs appeared at the Application Support Center of the U.S. Citizenship and Immigration Services, in San Francisco, California, to have her biometrics taken. *See* Exhibit 2 (copy of notice to capture biometrics).

8. On November 14, 2006, Plaintiffs appeared and were interviewed by Officer of the U.S. Citizenship and Immigration Services, in San Francisco, California, pursuant to the adjustment of status process. *See* Exhibit 3 (copy of interview notice).

9. It has now been one and half years since Plaintiffs were interviewed by Officer, and their Applications to Adjust Status, Form I-485, have now been pending for over one and half years. Plaintiffs have made several requests to determine the status of their applications and the delays associated with their approval, but have yet to receive any response from any governmental agency.

## CLAIMS

1. Defendants have willfully and unreasonably delayed in, and have refused to, adjudicate Plaintiffs' Applications to Adjust Status, Form I-485, thereby depriving the Plaintiffs of the benefit of becoming Permanent Residents of the United States, and the peace of mind they are entitled to;

2. Defendants owe Plaintiffs a duty to adjudicate their Applications, and have unreasonably failed to perform that duty;

3. Plaintiffs have exhausted any administrative remedies that may exist.

**WHEREFORE, Plaintiffs prays that the Court:**

1. Compel Defendants and those acting under them to perform their duty to adjudicate Plaintiffs' Applications;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant Attorney's fees and costs of Court to Plaintiffs under the Equal Access to Justice Act.

Respectfully submitted this 24th day of April, 2008.

Xia Zhao, Esq., SBN221100
ON Behalf of Plaintiff

# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of A...**

### THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-06-314-22222 | I-130 - Petition for Alien Relative |

| Received Date: | Priority Date: | Petitioner: A075500730 |
|---|---|---|
| August 07, 2006 | | LIU, YAN |

| Notice Date: | Page 1 OF 1 | Beneficiary: A078366859 |
|---|---|---|
| August 15, 2006 | | XU, YING |

YAN LIU
3155 FRONTERA WAY APT 318
BURLINGAME, CA 94010

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $190.00 |

The above application/petition has been received. Please notify us immediately if any of the above information is incorrect. Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS. where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P O Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



FROM : SGLI.COM          FAX NO. : 16505865388          Apr. 22 2008 04:25PM  P7

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| Receipt Number: | Case Type: |
|---|---|
| MSC-06-314-22230 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: August 07, 2006 | Priority Date: | Applicant: A078366859 XU, YING |
|---|---|---|
| Notice Date: August 15, 2006 | Page 1 OF 1 | ASC Code: 3 |

YING XU
3155 FRONTERA WAY APT 318
BURLINGAME CA 94010

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $395.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

### PLEASE NOTE-
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country.
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P O Box 648005
Lee's Summit, MO 64064
National Customer Service Center 1-800-375-5283



**EXHIBIT 2**

Homeland Security
... and Immigration Services

# THE UNITED STATES OF AMERICA

| ASC Appointment Notice | APPLICATION NUMBER MSC0631422220 | |
|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | A078366859 |
| | | SERVICE CENTER MSC |

YING XU
3155 FRONTERA WAY APT 318
BURLINGAME, CA 94010

*(handwritten: mdxu ...@yahoo.com)*

*(stamp: REVIEW BY ON AUG 29 2006)*

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO 250 BROADWAY STREET SAN FRANCISCO, CA 94111 | 08/29/2006 11:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available.   ☐ Wednesday afternoon    ☐ Saturday afternoon

U.S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to:
USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

APPLICATION NUMBER
I485      MSC0631422220

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.

If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

*(handwritten: www.uscis.org/infopass)*

*(handwritten: TIB201-0700934SFOR)*

**EXHIBIT 3**

Department of Homeland Security
Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| *REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | *Based on Marriage to US Citizen* | NOTICE DATE September 18, 2006 |
|---|---|---|
| CASE TYPE: FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A# A 078 366 859 |
| APPLICATION NUMBER MSC0631422220 | RECEIVED DATE August 07, 2006 | PRIORITY DATE August 07, 2006 | PAGE 1 of 1 |

YING XU
3155 FRONTERA WAY APT 318
BURLINGAME CA 94010

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document)
- Your Birth Certificate.
- Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status.
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you.
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>630 SANSOME ST<br>2ND FLOOR - ADJUSTMENT OF STATUS<br>SAN FRANCISCO CA 94111 | ON: Tuesday, November 14, 2006<br>AT: 09:30 AM |

APPLICANT COPY