1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | YING XU,                              )
                                          ) No. C 08-2133 MMC
13 |         Plaintiff,                   )
                                          )
14 |    v.                                ) **STIPULATION TO DISMISS; AND**
                                          ) **[PROPOSED] ORDER**
15 | PAUL D. CLEMENT, Acting Attorney General )
of the U.S. Department of Justice;        )
16 | MICHAEL CHERTOFF, Secretary,          )
Department of Homeland Security;          )
17 | EMILIO GONZALEZ, Director, U.S. Citizenship )
and Immigration Services;                 )
18 | CHRISTINA POULOS, Director, USCIS     )
California Services,                      )
19 |                                      )
         Defendants.                      )
20 | _____ )

21 |     Plaintiff, by and through her attorney of record, and Defendants by and through their attorney

22 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

23 | of the adjudication of Plaintiff's adjustment of status application (Form I-485).

24 | ///

25 | ///

26 | ///

27 | ///

28

Stipulation to Dismiss
C08-2133 MMC                                1

1     Each of the parties shall bear their own costs and fees.

2  Dated: June 4, 2008                         Respectfully submitted,

3                                      JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     _____/s/_____
                                     ILA C. DEISS[1]
                                     Assistant United States Attorney
                                     Attorney for Defendants

Dated: June 4, 2008                         _____/s/_____
                                     XIA ZHAO
                                     Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 5, 2008                          _____
                                     MAXINE M. CHESNEY
                                     United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.